1    MELINDA HAAG (CSBN 132612)
United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
3    CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney
4

5        U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102-3495
6        Telephone:   (415) 436-7180
Facsimile:   (415) 436-6748
7        Email: charles.oconnor@usdoj.gov

8    Attorneys for Federal Defendant
U.S. Department of Housing and Urban Development
9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12   CONTRA COSTA COUNTY<br>REDEVELOPMENT AGENCY, a public<br>13   body, corporate and politic,      ) | |
|                       ) | |
| 14           Plaintiff,   ) | Case No. **11-3605 TEH** |
|                       ) | |
| 15        v.          ) | STIPULATION TO CONTINUE<br>CASE MANAGEMENT CONFERENCE |

CONTRA COSTA COUNTY
REDEVELOPMENT AGENCY, a public )
body, corporate and politic, )
                   )
           Plaintiff,  )     Case No. **11-3605 TEH**
                   )
      v.           )     STIPULATION TO CONTINUE
                   )     CASE MANAGEMENT CONFERENCE
HOUSING AUTHORITY OF CONTRA )
COSTA COUNTY, a political subdivision )
of the State of California; UNITED )     ORDER AS MODIFIED
STATES DEPARTMENT OF HOUSING )
AND URBAN DEVELOPMENT; and )     (Proposed)
DOES ONE THROUGH TWENTY, and )
all other persons unknown claiming an )
interest in the property, )     Date:   November 7, 2011
                   )     Time:  1:30 p.m.
          Defendants. )
_____)

       Plaintiff, Contra Costa County Redevelopment Agency, filed the Complaint in the Superior

Court of California, Contra Costa County, seeking to acquire real property by exercise of the power

of eminent domain.  The subject real property is owned by the Housing Authority of Contra Costa

County ("Housing Authority") and was previously operated  for the purpose of providing low-income

public housing but is vacant at this time.  The United States Department of Housing and Urban

Development (hereafter "HUD") holds an interest in the subject property pursuant to a Declaration of

Trust executed by the Housing Authority.

1      In order for the Housing Authority to dispose of the subject property and for the eminent

2 domain matter to proceed without objection, the Housing Authority must apply to HUD and ask that

3 HUD release its Declaration of Trust on the subject property.   To comply with all applicable HUD

4 regulations and policies, HUD's Special Application Center is currently reviewing the Housing

5 Authority's request for HUD to release the Declaration of Trust.   After that review is complete,

6 HUD's Special Application Center will decide whether the Declaration of Trust can be released and

7 disposal of the public housing units at issue in this case can be completed.  This process, currently

8 underway, will require several addition weeks and must be completed prior to HUD disclaiming its

9 interest in the subject property.  In the meantime, the parties' ask that the Court postpone the Case

10 Management Conference for 75 days to allow completion of the process.

11      IT IS HEREBY STIPULATED and requested by the parties, through their respective

12 undersigned counsel, that the case management conference now set for November 7, 2011 be

13 continued for approximately 75 days to allow time for HUD to process the release of the Declaration

14 of Trust, which would allow the Trust to disclaim its interest in the subject property.  The parties

15 believe it likely that completion of that process will eliminate the need for conducting a case

16 management conference in this matter.

17      For all the forgoing reasons the parties respectively ask that the case management conference

18 be continued approximately 75 days.

19              Respectfully submitted,

20 Dated: October 20, 2011     MELINDA L. HAAG
    United States Attorney

22

23          /s/
    CHARLES M. O'CONNOR
    Assistant United States Attorney

25        Attorneys for the United States

26 //

27 //

28 //

Dated: October 20, 2011                SHARON L. ANDERSON
                                       Contra Costa County Counsel

                                       _____/s/_____
                                       STEPHEN M. SIPTROTH
                                       Deputy County Counsel

                                       Attorneys for Plaintiff


## ORDER

   IT IS SO ORDERED.   The case management conference in the above-captioned case is continued to January 30, 2012, at 1:30 PM.  The parties shall file a joint case management conference statement on or before January 23, 2012.

Dated: October 20, 2011                _____
                                       UNITED STATES DISTRICT JUDGE
                                       Northern District of California