```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

        U.S. Attorney's Office/Civil Division
        450 Golden Gate Avenue, Box 36055
        San Francisco, California  94102-3495
        Telephone:    (415) 436-7180
        Facsimile:    (415) 436-6748
        Email:  charles.oconnor@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY REDEVELOPMENT AGENCY, a public body, corporate and politic,<br><br>                    Plaintiff,<br><br>            v.<br><br>HOUSING AUTHORITY OF CONTRA COSTA COUNTY, a political subdivision of the State of California; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DOES ONE THROUGH TWENTY, and all other persons unknown claiming an interest in the property,<br><br>                    Defendants. | Case No. 11-3605 TEH<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT IN CONDEMNATION |

Plaintiff filed its Complaint in Condemnation ("Complaint") in the Superior Court of California, Contra Costa County on or about June 7, 2011, and caused a Summons and the Complaint to be served on the Office of the U.S. Attorney, Northern District of California, on or about June 24, 2011.

On July 22, 2011, the Defendant United States Department of Housing and Urban Development ("HUD") caused a Notice of Removal of this civil action to be filed in the U.S. District Court, Northern District of California.  Pursuant to the Federal Rule of Civil Procedure 81(c)(2)(C),

STIP EXTENDING TIME TO RESPOND TO COMPLAINT
*Contra Costa Co. Redevelopment Agcy. v. Housing Auth.*  No. C 11-3605                    1

and a previous stipulated extension of the time for HUD to file its answer to the Complaint, the answer is now due by October 27, 2011.  Because HUD's on-going review of the status of the subject property must precede and be concluded before it can make any decision as to the dispostion of that property, HUD has requested and Plaintiff has agreed to stipulate to an extension of time to answer the Complaint.  HUD anticipates that the aforementioned review of the status of the property can be completed before the expiration of this extension, THEREFORE,

    IT IS HEREBY STIPULATED that the Defendants may have an additional 90 days, until January 20, 2012, to answer or otherwise plead to the Complaint.

Respectfully submitted,

SHARON L. ANDERSON
County Counsel

Dated: October 25, 2011

/s/
_____
By: STEPHEN M. SIPTROTH
Deputy County Counsel

Attorneys for Plaintiffs

SHARON L. ANDERSON
County Counsel

Dated: October 25, 2011

/s/
_____
By: KEIKO KOBAYASHI
Deputy County Counsel

Attorneys for Defendant Housing Authority of Contra Costa County

MELINDA L. HAAG
United States Attorney

Dated: October 25, 2011

/s/
_____
CHARLES M. O'CONNOR
Assistant United States Attorney

Attorneys for the Federal Defendant



IT IS SO ORDERED
Judge Thelton E. Henderson
10/26/2011

STIP EXTENDING TIME TO RESPOND TO COMPLAINT
*Contra Costa Co. Redevelopment Agcy. v. Housing Auth.*  No. C 11-3605    -2-