MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102-3495
    Telephone:    (415) 436-7180
    Facsimile:     (415) 436-6748
    Email:  charles.oconnor@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY REDEVELOPMENT AGENCY, a public body, corporate and politic,<br><br>                  Plaintiff,<br><br>      v.<br><br>HOUSING AUTHORITY OF CONTRA COSTA COUNTY, a political subdivision of the State of California; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DOES ONE THROUGH TWENTY, and all other persons unknown claiming an interest in the property,<br><br>                  Defendants. | Case No. 11-3605 TEH<br><br>STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT IN CONDEMNATION |

        Plaintiff filed its Complaint in Condemnation ("Complaint") in the Superior Court of California, Contra Costa County on or about June 7, 2011, and caused a Summons and the Complaint to be served on the Office of the U.S. Attorney, Northern District of California, on or about June 24, 2011.

        On July 22, 2011, the Defendant United States Department of Housing and Urban Development ("HUD") caused a Notice of Removal of this civil action to be filed in the U.S. District Court, Northern District of California.  Pursuant to the Federal Rule of Civil Procedure 81(c)(2)(C),

and a previous stipulated extension of the time for HUD to file its answer to the Complaint, the answer is now due by October 27, 2011. Because HUD's on-going review of the status of the subject property must precede and be concluded before it can make any decision as to the dispostion of that property, HUD has requested and Plaintiff has agreed to stipulate to an extension of time to answer the Complaint. HUD anticipates that the aforementioned review of the status of the property can be completed before the expiration of this extension, THEREFORE,

   IT IS HEREBY STIPULATED that the Defendants may have an additional 90 days, until January 20, 2012, to answer or otherwise plead to the Complaint.

|  | Respectfully submitted, |
|---|---|
|  | SHARON L. ANDERSON<br>County Counsel |
| Dated: October 25, 2011 | /s/<br>―――――――――――――<br>By: STEPHEN M. SIPTROTH<br>Deputy County Counsel |
|  | Attorneys for Plaintiffs |
|  | SHARON L. ANDERSON<br>County Counsel |
| Dated: October 25, 2011 | /s/<br>―――――――――――――<br>By: KEIKO KOBAYASHI<br>Deputy County Counsel |
|  | Attorneys for Defendant Housing Authority of Contra Costa County |
|  | MELINDA L. HAAG<br>United States Attorney |
| Dated: October 25, 2011 | /s/<br>―――――――――――――<br>CHARLES M. O'CONNOR<br>Assistant United States Attorney |
|  | Attorneys for the Federal Defendant |

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
10/26/2011
IT IS SO ORDERED
Judge Thelton E. Henderson

STIP EXTENDING TIME TO RESPOND TO COMPLAINT
*Contra Costa Co. Redevelopment Agcy. v. Housing Auth.*   No. C 11-3605                    -2-