SHARON L. ANDERSON (SBN 94814)
County Counsel
THOMAS L. GEIGER (SBN 199729)
Supervising Deputy County Counsel
RACHEL H. SOMMOVILLA (SBN 231529)
Deputy County Counsel
STEPHEN M. SIPTROTH (SBN 252792)
Deputy County Counsel
Contra Costa County
651 Pine St., 9th Floor
Martinez, CA 94553
Phone: (925) 335-1800
Facsimile: (925) 646-1078
E-mail: stephen.siptroth@cc.cccounty.us

Attorneys for Plaintiff
CONTRA COSTA COUNTY
REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRA COSTA COUNTY REDEVELOPMENT AGENCY, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>HOUSING AUTHORITY OF CONTRA COSTA COUNTY, a political subdivision of the State of California; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; and DOES ONE THROUGH TWENTY, and all other persons unknown claiming an interest in the property,<br><br>Defendants. | Case No. C 11-03605 TEH<br><br>Assigned to: Judge Thelton E. Henderson<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>ORDER (~~Proposed~~)<br><br>(Cal. Code Civ. Proc., § 1250.325) |

Stipulation and Order to Continue Case Management Conference
Case No. C 11-03605 TEH

1   On December 29, 2011, the California Supreme Court issued its opinion in California *Redevelopment Assoc. v. Matosantos*, California Supreme Court Case No. S194861.  The *Matosantos* decision largely upholds Assembly Bill 26, which dissolves redevelopment agencies in California, and invalidates Assembly Bill 27 (both enacted as Stats. 2011 1st Ex. Session, 2011-2012, chapters 5-6), which would have provided redevelopment agencies a means of continuing to exist in exchange for payments to the State of California.  Pursuant to the *Matosantos* decision, California redevelopment agencies will be dissolved, effective February 1, 2012, and the responsibility for winding up of the agencies' obligations will be transferred to the successor agency of each redevelopment agency, such as the city or county for which each agency was formed.

Prior to the *Matosantos* decision, Plaintiff Contra Costa County Redevelopment Agency ("Redevelopment Agency") intended to continue its redevelopment activities and projects pursuant to Assembly Bill 27.  In response to the *Matosantos* decision, Redevelopment Agency staff and attorneys are working to determine how the effect of the decision will impact this eminent domain action.  Redevelopment Agency staff require additional time to address this unforeseen outcome of the *Matosantos* case in order to meaningfully inform the Court of how the Redevelopment Agency, or its successor agency, will proceed with this eminent domain action.  Plaintiff Redevelopment Agency and Defendant U.S. Department of Housing and Urban Development ("Federal Defendant")  therefore request that the Court postpone the January 30, 2012 case management conference for an additional week pursuant to the parties' stipulation.

IT IS HEREBY STIPULATED and requested by Plaintiff Redevelopment Agency and the Federal Defendant, through their respective undersigned attorneys, that the case management conference now set for January 30, 2012 be continued for at least one week to allow time for the Redevelopment Agency to assess the impact of the *Matosantos* decision on this eminent domain action, thereby enabling the agency's attorneys to advise the Court regarding how the agency or its successor agency will proceed with this action.

///

For the foregoing reasons, the parties respectfully request that the Court continue the January 30, 2012 case management conference to February 6, 2012, or anytime thereafter.

Respectfully Submitted,

DATED: January 10, 2012

SHARON L. ANDERSON
County Counsel

_____/s/_____
Stephen M. Siptroth
Deputy County Counsel
Attorneys for Plaintiff Contra Costa County Redevelopment Agency

DATED: January 10, 2012

MELINDA L. HAAG
United States Attorney

_____/s/_____
Charles M. O'Connor
Assistant United States Attorney
Attorneys for Defendant United States Department of Housing and Urban Development

### ORDER

IT IS SO ORDERED. The case management conference in the above-captioned case is continued to February _6_, 2012, at _1:30_ P.M. The parties shall file a joint case management conference statement on or before January 30, 2012.

Dated: _____January 10_____, 2012

_____
UNITED STATES DISTRICT JUDGE
Northern District of California

Judge Thelton E. Henderson

I:\CONDEMN\Active Condemnation Cases\CC Redev v HA\P010612 (Stip to Continue CMC).wpd

Stipulation and Order to Continue Case Management Conference
Case No. C 11-03605 TEH                                                                          3